# CIVIL COVER SHEET

JS 44 (Rev. 12/07) (cand rev 1-16-08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
GEORGINA HENSON

### DEFENDANTS
MITSUI O.S.K. LINES, LTD.

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Edward M. Bull III, Eugene A. Brodsky
BANNING MICKLOW & BULL LLP
Steuart Tower, One Market St., Suite 1440
San Francisco CA 94105; Tel. (415) 399-9191

Attorneys (If Known)

Andrew I. Port, Katharine Essick Snavely
EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street, Suite 400
San Francisco CA 94105; Tel. (415) 227-9455

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [x] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [x] 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- [ ] 362 Personal Injury — Med. Malpractice
- [ ] 365 Personal Injury — Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 440 Other Civil Rights

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt.Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 463 Habeas Corpus - Alien Detainee
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. sec. 1441(b)

Brief description of cause:
Longshoreman's cause of negligence of a vessel, 33 U.S.C. sec. 905(b).

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

(Plaintiff demands jury)

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

[x] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE
May 8, 2008

SIGNATURE OF ATTORNEY OF RECORD
*/s/ Snavely/*

1 | EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar No. 120977)
2 | Katharine Essick Snavely (State Bar No. 219426)
49 Stevenson Street, Suite 400
3 | San Francisco, CA 94105
Telephone: (415) 227-9455
4 | Facsimile: (415) 227-4255
E-Mail: aport@edptlaw.com
5 | kessick@edptlaw.com

6 | Attorneys for Defendant
MITSUI O.S.K. LINES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GEORGINA HENSON | Case No.: |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)** |
| vs. | |
| MITSUI O.S.K. LINES, LTD., and DOES 1 through 20, inclusive | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant Mitsui O.S.K. Lines, Ltd. ("Mitsui" hereafter) removes to this Court the state court action described below:

### Jurisdiction

1. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Mitsui pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different nations and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

//

- 1 -
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)
Case No.:
G:\73100.002\Pleadings\Removal - Notice.doc

### Intradistrict Assignment

2. A substantial part of the events or omissions that give rise to the claim allegedly occurred in the County of Alameda. This action is commenced in the San Francisco Division of the Northern District of California.

3. On March 14, 2008, plaintiff Georgina Henson ("Plaintiff") commenced in the Superior Court of the State of California, in and for the County of Alameda ("Superior Court"), an action entitled *Georgina Henson, Plaintiff, v. Mitsui O.S.K. Lines, Ltd., and Does 1 through 20, inclusive, Defendants*, Case Number RG 08 376724.

4. On or about April 11, 2008, MOL America received a Summons and the Longshoreman's Complaint for Damages for Personal Injuries (33 U.S.C. §§905(b), 933). True and correct copies of these documents are attached as Exhibit A.

5. The facts as alleged on the face of the Complaint indicate that the amount of the matter in controversy exceeds $75,000.00. In the Complaint, Plaintiff alleges that she "did sustain severe painful and disabling injuries to her right knee, left hip and head," and that she "has been unable to engage in her normal and usual calling, and will suffer a diminution in future earning capacity."

Based on the allegations of the Complaint, Mitsui is informed and believes that Plaintiff was, and still is, a citizen of the State of California. Defendant Mitsui was, at the time of the filing of this action, and still is, incorporated in Japan, and has its principal place of business in Tokyo, Japan.

DATED: May 8, 2008           EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
                             Andrew I. Port
                             Katharine Essick Snavely

                             By *Kesnavely*
                             Katharine Essick Snavely
                             Attorneys for Defendant MITSUI O.S.K. LINES, LTD.

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)
Case No.
G:\73100.002\Pleadings\Removal - Notice.doc

# EXHIBIT A

EXHIBIT A

| | SUM-100 |
|---|---|
| **SUMMONS** <br> *(CITACION JUDICIAL)* <br> **NOTICE TO DEFENDANT:** <br> *(AVISO AL DEMANDADO):* <br> MITSUI O.S.K. LINES, LTD and <br> Does 1 through 20 inclusive | FOR COURT USE ONLY <br> *(SOLO PARA USO DE LA CORTE)* <br> ENDORSED <br> FILED <br> ALAMEDA COUNTY <br> MAR 14 2008 <br> CLERK OF THE SUPERIOR COURT <br> By MARGARET J. DOWNIE, Deputy |
| **YOU ARE BEING SUED BY PLAINTIFF:** <br> *(LO ESTÁ DEMANDANDO EL DEMANDANTE):* <br> GEORGINA HENSON | |

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* <br> Superior Court of California, County of Alameda, <br> Rene C. Davidson Courthouse, 1225 Fallon Street, Oakland CA 94612 | CASE NUMBER: <br> *(Número del Caso):* <br> RG 08376721 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Edward M. Bull III, Eugene A. Brodsky, Banning Micklow & Bull LLP, 1 Market St., Steuart Tower, Suite 1440, San Francisco, CA 94105: Telephone No. (415) 399-9191

| DATE: <br> *(Fecha)* MAR 14 2008 | PAT S. SWEETEN Clerk, by MARGARET J. DOWNIE <br> *(Secretario)* | , Deputy <br> *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

| [SEAL] | NOTICE TO THE PERSON SERVED: You are served <br> 1. ☐ as an individual defendant. <br> 2. ☐ as the person sued under the fictitious name of *(specify)*: <br><br> 3. ☐ on behalf of *(specify)*: <br> under: ☐ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor) <br> ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee) <br> ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person) <br> ☐ other *(specify)*: <br> 4. ☐ by personal delivery on *(date)*: |
|---|---|

Page 1 of 1

Form Adopted for Mandatory Use <br>
Judicial Council of California <br>
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465 <br>
American LegalNet, Inc. | www.USCourtForms.com

```
BANNING MICKLOW & BULL LLP
Edward M. Bull III, SBN 141996
Eugene A. Brodsky, SBN 36691
Steuart Tower, One Market, Suite 1440
San Francisco, California 94105
Telephone: (415) 399-9191
Facsimile: (415) 399-9192

Attorneys for Plaintiff
Georgina Henson
```

ENDORSED
FILED
ALAMEDA COUNTY

MAR 14 2008

CLERK OF THE SUPERIOR COURT
MARGARET J. DOWNIE
By _____ Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF ALAMEDA

UNLIMITED JURISDICTION

GEORGINA HENSON

    Plaintiff,

vs.

MITSUI O.S.K. LINES, LTD., and DOES 1 through 20, inclusive,

    Defendants.

CASE NO.: RG-08376724

LONGSHOREMAN'S COMPLAINT FOR DAMAGES FOR PERSONAL INJURIES

33 U.S.C. §§ 905 (b), 933

Plaintiff GEORGINA HENSON alleges as follows:

1. Plaintiff, a resident of the State of California and a longshoreman covered under the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. § 901, *et seq.*, brings and maintains this action pursuant to 33 U.S.C. §§ 905 (b), 933.

2. At all relevant times, Defendant MITSUI O.S.K. LINES, LTD. ("Defendant" or "MOL") was a business organization of unknown form authorized to do business and at all relevant times doing business in the State of California and in the County of Alameda. Defendant MOL's registered office is located at 6-32 Nakanoshima 3-chome, Kita-ku, Osaka 530-6591, Japan.

3. Plaintiff does not know the true names and capacities, whether corporate, associate or individual, of the defendants sued herein under the fictitious names of

DOES 1 through 20, and Plaintiff prays leave to amend this complaint to allege said true names and capacities when ascertained.

4.  Plaintiff is informed and believes and thereon alleges that each of the defendants designated herein as "DOE" is negligently responsible in some manner for the injuries and damages to plaintiff.

5.  At all relevant times, Defendant MOL and DOES 1 through 20, were the agents, servants, employees and/or representatives of each other and were acting within the course and scope of such employment.

6.  At all relevant times, Defendant MOL, and owned, operated, maintained and controlled that certain vessel known as the MOL EXPLORER.

7.  At all relevant times, the Plaintiff was a longshoreman employed by Trans Pacific Container Service Corporation ("TraPac") and TraPac Terminal Link of California LLC, which corporations were organized under and by virtue of the laws of the state California, with offices at 920 West Harry Boulevard, Wilmington, California, and were authorized to do business and were at all relevant times doing business in the State of California and the County of Alameda.

8.  On or about November 29, 2007, Plaintiff was employed as a Crane Walking Boss assigned to the MOL EXPLORER which was in the process of loading and unloading containers at the Port of Oakland. On or about that date Plaintiff boarded the vessel for the purpose of overseeing the loading of the MOL EXPLORER. At such time and place, Plaintiff was walking on the deck at or around Bay 20, when she stepped on a manhole cover (grating), which appeared secured and safe. Suddenly and with notice or warning, the manhole cover (grating) dislodged as she stepped on the cover, causing her body to fall into the void beneath the grating, striking and injuring her right knee, left hip and head.

9.  The November 27, 2007 accident and injuries to Plaintiff were caused or contributed by the negligence of Defendants, including, without limitation, their failure to: (1) safely and reasonably secure and fasten the manhole cover (a hidden

defect); (2) properly inspect and test the manhole cover; (3) and provide appropriate warnings of the danger of stepping on an apparently secure manhole cover which was in fact not secure (a hidden defect).

10. Defendants had actual or constructive notice of the dangerous condition and a sufficient time prior to the accident and injury to have taken reasonable measures to protect longshoreman, including plaintiff, who were required to walk on the grating and manhole cover.

11. By reason of the foregoing, Plaintiff was caused to and did sustain severe painful and disabling injuries to her right knee, left hip and head, and other injuries not known at this time.

12. By further reason of the foregoing, Plaintiff has been unable to engage in her normal and usual calling, and will suffer a diminution in future earning capacity.

WHEREFORE, Plaintiff prays judgment against defendants, and each of them, as follows:

1. That Plaintiff may have a judgment for her general, special and other allowable damages in an amount according to proof;
2. That Plaintiff be awarded prejudgment interest on the amounts awarded;
3. That Plaintiff be awarded such other and further relief as the Court deems just and proper.
4. For costs of suit;
5. For such other and further relief as the court may deem proper.

DATED: March 14, 2008   BANNING MICKLOW & BULL LLP

By _____
Edward M. Bull III
Eugene A. Brodsky

Attorneys for Plaintiff
Georgina Henson

1
2
3
4
5
6
7              DEMAND FOR JURY TRIAL
8      Plaintiff hereby demands a trial by jury in this action.
9
10  DATED: March 14, 2008              BANNING MICKLOW & BULL LLP
11
12                                     By _____
                                          Eugene A. Brodsky
13                                        Edward M. Bull III

14                                     Attorneys for Plaintiff
                                       Georgina Henson
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

Longshoreman's Complaint for Personal Injuries              33 U.S.C. § 933