EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar No. 120977)
Katharine Essick Snavely (State Bar No. 219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:   (415) 227-9455
Facsimile:    (415) 227-4255
E-Mail:        aport@edptlaw.com
                   kessick@edptlaw.com

Attorneys for Defendant
MITSUI O.S.K. LINES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGINA HENSON<br><br>Plaintiff,<br><br>vs.<br><br>MITSUI O.S.K. LINES, LTD., and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.:<br><br>**AFFIDAVIT OF KATHARINE ESSICK SNAVELY IN SUPPORT OF NOTICE OF REMOVAL** |

I, Katharine Essick Snavely, declare as follows:

1. I am an attorney at law licensed to practice before all the courts of the State of California and before this Court, and am an associate in the law firm of Emard Danoff Port Tamulski & Paetzold LLP, attorneys for Mitsui O.S.K. Lines, Ltd., defendant to this action. I have personal knowledge of all the facts stated herein, and I could and would testify competently thereto if called upon as a witness to do so.

2. I have read plaintiff Georgina Henson's Longshoreman's Complaint for Damages for Personal Injuries (33 U.S.C. §§905(b), 933). Plaintiff's allegations indicate that the amount in controversy exceeds $75,000.00. In the Complaint, Plaintiff alleges that she "did sustain

- 1 -

AFFIDAVIT OF KATHARINE ESSICK SNAVELY IN SUPPORT OF NOTICE OF REMOVAL
Case No.:
G:\73100.002\Pleadings\Removal - Atty Decl.doc

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

1. severe painful and disabling injuries to her right knee, left hip and head," and that she "has been unable to engage in her normal and usual calling, and will suffer a diminution in future earning capacity."

3. Based on the allegations in the Complaint, I am informed and believe that Plaintiff was, and still is, a citizen of the State of California. Defendant Mitsui was, at the time of the filing of this action, and still is, incorporated in the Japan, and has its principal place of business in Tokyo, Japan.

I declare under penalty of perjury under the laws of the State of California that he foregoing is true and correct and that this declaration was executed on May 8, 2008, at San Francisco, California.

*Kesnavely.*
Katharine Essick Snavely

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

AFFIDAVIT OF KATHARINE ESSICK SNAVELY IN SUPPORT OF NOTICE OF REMOVAL
Case No.:
G:\73100.002\Pleadings\Removal - Atty Decl.doc