EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar No. 120977)
Katharine Essick Snavely (State Bar No. 219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: aport@edptlaw.com
kessick@edptlaw.com

Attorneys for Defendant
MITSUI O.S.K. LINES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGINA HENSON<br><br>Plaintiff,<br><br>vs.<br><br>MITSUI O.S.K. LINES, LTD., and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.:<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

- 1 -

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT
Case No.:
G:\73100.002\Pleadings\Removal - Certificate of Service.doc

Lynn Curry testifies as follows:

I am over the age of 18 years and not a party to this action.

My business address is 49 Stevenson Street, Suite 400, San Francisco, California 94015, which is located in the city, county, and state where the mailing described below took place.

On May 8, 2008, I deposited in the United States Mail at San Francisco, California, a copy of the Notice to Adverse Party of Removal to Federal Court dated May 8, 2008, a copy of which is attached to this Certificate, addressed as follows: Edward M. Bull III, Eugene A. Brodsky, Banning Micklow & Bull LLP, Steuart Tower, One Market Street, Suite 1440, San Francisco CA 94105.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Francisco, California on May 8, 2008.

*/s/ Lynn Curry*
Lynn Curry

- 2 -

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT
Case No.:
G:\73100.002\Pleadings\Removal - Certificate of Service.doc

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar No. 120977)
Katharine Essick Snavely (State Bar No. 219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:    (415) 227-9455
Facsimile:    (415) 227-4255
E-Mail:       aport@edptlaw.com
              kessick@edptlaw.com

Attorneys for Defendant
MITSUI O.S.K. LINES, LTD.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

RENÉ C. DAVIDSON COURTHOUSE

| | |
|---|---|
| GEORGINA HENSON<br><br>Plaintiff,<br><br>vs.<br><br>MITSUI O.S.K. LINES, LTD., and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.: RG 08 376724<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

TO PLAINTIFF GEORGINA HENSON AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the Northern District of California (San Francisco Division) on May 8, 2008.

Copies of the Notice of Removal, Affidavit of Katharine Essick Snavely, and Civil Cover Sheet are attached to this Notice, and served and filed herewith.

DATED: May 8, 2008          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
                            Andrew I. Port
                            Katharine Essick Snavely

                            By /s/ kesnavely
                            Katharine Essick Snavely
                            Attorneys for Defendant MITSUI O.S.K. LINES, LTD.

- 1 -
NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT
Case No. RG04187522
G:\73100.002\Pleadings\Removal - Ntc Adv Party.doc

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

ATTACHMENT TO NOTICE TO ADVERSE PARTY

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar No. 120977)
Katharine Essick Snavely (State Bar No. 219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:   (415) 227-9455
Facsimile:    (415) 227-4255
E-Mail:        aport@edptlaw.com
                    kessick@edptlaw.com

Attorneys for Defendant
MITSUI O.S.K. LINES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGINA HENSON<br><br>Plaintiff,<br><br>vs.<br><br>MITSUI O.S.K. LINES, LTD., and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant Mitsui O.S.K. Lines, Ltd. ("Mitsui" hereafter) removes to this Court the state court action described below:

### Jurisdiction

1. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Mitsui pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different nations and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

//

- 1 -
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)
Case No.:
G:\73100.002\Pleadings\Removal - Notice.doc

### Intradistrict Assignment

2. A substantial part of the events or omissions that give rise to the claim allegedly occurred in the County of Alameda. This action is commenced in the San Francisco Division of the Northern District of California.

3. On March 14, 2008, plaintiff Georgina Henson ("Plaintiff") commenced in the Superior Court of the State of California, in and for the County of Alameda ("Superior Court"), an action entitled *Georgina Henson, Plaintiff, v. Mitsui O.S.K. Lines, Ltd., and Does 1 through 20, inclusive, Defendants*, Case Number RG 08 376724.

4. On or about April 11, 2008, MOL America received a Summons and the Longshoreman's Complaint for Damages for Personal Injuries (33 U.S.C. §§905(b), 933). True and correct copies of these documents are attached as Exhibit A.

5. The facts as alleged on the face of the Complaint indicate that the amount of the matter in controversy exceeds $75,000.00. In the Complaint, Plaintiff alleges that she "did sustain severe painful and disabling injuries to her right knee, left hip and head," and that she "has been unable to engage in her normal and usual calling, and will suffer a diminution in future earning capacity."

Based on the allegations of the Complaint, Mitsui is informed and believes that Plaintiff was, and still is, a citizen of the State of California. Defendant Mitsui was, at the time of the filing of this action, and still is, incorporated in Japan, and has its principal place of business in Tokyo, Japan.

DATED: May 8, 2008                    EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
                                       Andrew I. Port
                                       Katharine Essick Snavely

                                       By /s/ Ksnavely
                                       Katharine Essick Snavely
                                       Attorneys for Defendant MITSUI O.S.K. LINES, LTD.

- 2 -
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)
Case No.:

A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
MITSUI O.S.K. LINES, LTD and
Does 1 through 20 inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
GEORGINA HENSON

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED
ALAMEDA COUNTY

MAR 14 2008

CLERK OF THE SUPERIOR COURT
By MARGARET J. DOWNIE
Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
  There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
  Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Alameda,
Rene C. Davidson Courthouse, 1225 Fallon Street, Oakland CA 94612

CASE NUMBER.
*(Número del Caso):* RG 08376722

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Edward M. Bull III, Eugene A. Brodsky, Banning Micklow & Bull LLP, 1 Market St., Steuart Tower, Suite 1440, San Francisco, CA 94105: Telephone No. (415) 399-9191

DATE: **MAR 14 2008**      PAT S. SWEETEN Clerk, by **MARGARET J. DOWNIE**, Deputy
*(Fecha)*                   *(Secretario)*                                *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

```
 1 | BANNING MICKLOW & BULL LLP                          ENDORSED
   | Edward M. Bull III, SBN 141996                        FILED
 2 | Eugene A. Brodsky, SBN 36691                      ALAMEDA COUNTY
   | Steuart Tower, One Market, Suite 1440
 3 | San Francisco, California 94105                    MAR 1 4 2008
   | Telephone: (415) 399-9191
 4 | Facsimile: (415) 399-9192                    CLERK OF THE SUPERIOR COURT
                                                      MARGARET J. DOWNIE
 5 | Attorneys for Plaintiff                       By _____ Deputy
   | Georgina Henson
 6
 7
 8            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 9                       COUNTY OF ALAMEDA
10                      UNLIMITED JURISDICTION
                                             CASE NO.: RG08376724
11 | GEORGINA HENSON                    )
                                        )    LONGSHOREMAN'S
12 |              Plaintiff,            )    COMPLAINT FOR DAMAGES
                                        )    FOR PERSONAL INJURIES
13 |                                    )
   | vs.                                )    33 U.S.C. §§ 905 (b), 933
14 |                                    )
   | MITSUI O.S.K. LINES, LTD., and     )
15 | DOES 1 through 20, inclusive,      )
                                        )
16 |              Defendants.           )
                                        )
17 |_____    )
                                        )
18
       Plaintiff GEORGINA HENSON alleges as follows:
19
       1.   Plaintiff, a resident of the State of California and a longshoreman
20
   covered under the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. §
21
   901, et seq., brings and maintains this action pursuant to 33 U.S.C. §§ 905 (b), 933.
22
       2.   At all relevant times, Defendant MITSUI O.S.K. LINES, LTD.
23
   ("Defendant" or "MOL") was a business organization of unknown form authorized to
24
   do business and at all relevant times doing business in the State of California and in
25
   the County of Alameda. Defendant MOL's registered office is located at 6-32
26
   Nakanoshima 3-chome, Kita-ku, Osaka 530-6591, Japan.
27
       3.   Plaintiff does not know the true names and capacities, whether corporate,
28
   associate or individual, of the defendants sued herein under the fictitious names of
```

---

Longshoreman's Complaint for Personal Injuries                    33 U.S.C. § 933

1

1 DOES 1 through 20, and Plaintiff prays leave to amend this complaint to allege said true names and capacities when ascertained.

4. Plaintiff is informed and believes and thereon alleges that each of the defendants designated herein as "DOE" is negligently responsible in some manner for the injuries and damages to plaintiff.

5. At all relevant times, Defendant MOL and DOES 1 through 20, were the agents, servants, employees and/or representatives of each other and were acting within the course and scope of such employment.

6. At all relevant times, Defendant MOL, and owned, operated, maintained and controlled that certain vessel known as the MOL EXPLORER.

7. At all relevant times, the Plaintiff was a longshoreman employed by Trans Pacific Container Service Corporation ("TraPac") and TraPac Terminal Link of California LLC, which corporations were organized under and by virtue of the laws of the state California, with offices at 920 West Harry Boulevard, Wilmington, California, and were authorized to do business and were at all relevant times doing business in the State of California and the County of Alameda.

8. On or about November 29, 2007, Plaintiff was employed as a Crane Walking Boss assigned to the MOL EXPLORER which was in the process of loading and unloading containers at the Port of Oakland. On or about that date Plaintiff boarded the vessel for the purpose of overseeing the loading of the MOL EXPLORER. At such time and place, Plaintiff was walking on the deck at or around Bay 20, when she stepped on a manhole cover (grating), which appeared secured and safe. Suddenly and with notice or warning, the manhole cover (grating) dislodged as she stepped on the cover, causing her body to fall into the void beneath the grating, striking and injuring her right knee, left hip and head.

9. The November 27, 2007 accident and injuries to Plaintiff were caused or contributed by the negligence of Defendants, including, without limitation, their failure to: (1) safely and reasonably secure and fasten the manhole cover (a hidden

defect); (2) properly inspect and test the manhole cover; (3) and provide appropriate warnings of the danger of stepping on an apparently secure manhole cover which was in fact not secure (a hidden defect).

10. Defendants had actual or constructive notice of the dangerous condition and a sufficient time prior to the accident and injury to have taken reasonable measures to protect longshoreman, including plaintiff, who were required to walk on the grating and manhole cover.

11. By reason of the foregoing, Plaintiff was caused to and did sustain severe painful and disabling injuries to her right knee, left hip and head, and other injuries not known at this time.

12. By further reason of the foregoing, Plaintiff has been unable to engage in her normal and usual calling, and will suffer a diminution in future earning capacity.

WHEREFORE, Plaintiff prays judgment against defendants, and each of them, as follows:

1. That Plaintiff may have a judgment for her general, special and other allowable damages in an amount according to proof;
2. That Plaintiff be awarded prejudgment interest on the amounts awarded;
3. That Plaintiff be awarded such other and further relief as the Court deems just and proper.
4. For costs of suit;
5. For such other and further relief as the court may deem proper.

DATED: March 14, 2008         BANNING MICKLOW & BULL LLP

By
Edward M. Bull III
Eugene A. Brodsky

Attorneys for Plaintiff
Georgina Henson

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury in this action.

DATED: March 14, 2008

BANNING MICKLOW & BULL LLP

By _____
Eugene A. Brodsky
Edward M. Bull III

Attorneys for Plaintiff
Georgina Henson

---

Longshoreman's Complaint for Personal Injuries          4          33 U.S.C. § 933

EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Andrew I. Port (State Bar No. 120977)
Katharine Essick Snavely (State Bar No. 219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:   (415) 227-9455
Facsimile:    (415) 227-4255
E-Mail:       aport@edptlaw.com
              kessick@edptlaw.com

Attorneys for Defendant
MITSUI O.S.K. LINES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGINA HENSON<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MITSUI O.S.K. LINES, LTD., and DOES 1 through 20, inclusive<br><br>　　　　Defendants. | Case No.:<br><br>**AFFIDAVIT OF KATHARINE ESSICK SNAVELY IN SUPPORT OF NOTICE OF REMOVAL** |

  I, Katharine Essick Snavely, declare as follows:

  1.  I am an attorney at law licensed to practice before all the courts of the State of California and before this Court, and am an associate in the law firm of Emard Danoff Port Tamulski & Paetzold LLP, attorneys for Mitsui O.S.K. Lines, Ltd., defendant to this action. I have personal knowledge of all the facts stated herein, and I could and would testify competently thereto if called upon as a witness to do so.

  2.  I have read plaintiff Georgina Henson's Longshoreman's Complaint for Damages for Personal Injuries (33 U.S.C. §§905(b), 933). Plaintiff's allegations indicate that the amount in controversy exceeds $75,000.00. In the Complaint, Plaintiff alleges that she "did sustain

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -
AFFIDAVIT OF KATHARINE ESSICK SNAVELY IN SUPPORT OF NOTICE OF REMOVAL
Case No.:
G:\73100.002\Pleadings\Removal - Atty Decl.doc

1  severe painful and disabling injuries to her right knee, left hip and head," and that she "has been
2  unable to engage in her normal and usual calling, and will suffer a diminution in future earning
3  capacity."
4      3.    Based on the allegations in the Complaint, I am informed and believe that Plaintiff
5  was, and still is, a citizen of the State of California. Defendant Mitsui was, at the time of the
6  filing of this action, and still is, incorporated in the Japan, and has its principal place of business
7  in Tokyo, Japan.
8      I declare under penalty of perjury under the laws of the State of California that he
9  foregoing is true and correct and that this declaration was executed on May 8, 2008, at San
10 Francisco, California.

*[signature]*
Katharine Essick Snavely

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
AFFIDAVIT OF KATHARINE ESSICK SNAVELY IN SUPPORT OF NOTICE OF REMOVAL
Case No.
G:\73100.002\Pleadings\Removal - Atty Decl.doc

# CIVIL COVER SHEET

JS 44 (Rev. 12/07)(cand rev 1-16-08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
GEORGINA HENSON

## DEFENDANTS
MITSUI O.S.K. LINES, LTD.

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Edward M. Bull III, Eugene A. Brodsky
BANNING MICKLOW & BULL LLP
Steuart Tower, One Market St., Suite 1440
San Francisco CA 94105; Tel. (415) 399-9191

Attorneys (If Known)

Andrew I. Port, Katharine Essick Snavely
EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
49 Stevenson Street, Suite 400
San Francisco CA 94105; Tel. (415) 227-9455

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [x] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [x] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | PERSONAL PROPERTY | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| | | [ ] 371 Truth in Lending | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | [ ] 810 Selective Service |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 190 Other Contract | [x] 360 Other Personal Injury | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 195 Contract Product Liability | | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | PRISONER PETITIONS | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | [ ] 510 Motions to Vacate Sentence Habeas Corpus: | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 535 Death Penalty | | FEDERAL TAX SUITS | [ ] 894 Energy Allocation Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 540 Mandamus & Other | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 550 Civil Rights | IMMIGRATION | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 555 Prison Condition | [ ] 462 Naturalization Application | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | | [ ] 463 Habeas Corpus – Alien Detainee | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. sec. 1441(b)

Brief description of cause:
Longshoreman's cause of negligence of a vessel, 33 U.S.C. sec. 905(b).

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No (Plaintiff demands jury)

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
[x] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE: May 8, 2008

SIGNATURE OF ATTORNEY OF RECORD: /s/ Snavely