1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   Andrew I. Port (State Bar No. 120977)
2  Katharine Essick Snavely (State Bar No. 219426)
   49 Stevenson Street, Suite 400
3  San Francisco, CA 94105
   Telephone:   (415) 227-9455
4  Facsimile:   (415) 227-4255
   E-Mail:      aport@edptlaw.com
5               kessick@edptlaw.com

6  Attorneys for Defendant
   MITSUI O.S.K. LINES, LTD.
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 | GEORGINA HENSON                              | Case No.: C 08-02375 JL
13 |         Plaintiff,                           | **CERTIFICATE OF SERVICE**
14 |     vs.                                      |
15 | MITSUI O.S.K. LINES, LTD., and DOES 1        |
   | through 20, inclusive                        |
16 |                                              |
   |         Defendants.                          |
17

- 1 -

CERTIFICATE OF SERVICE
Case No.: C 08-02375 JL
\\Fileserver\docs\73100.002\Pleadings\Answer - Certificate of Service.doc

CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 49 Stevenson Street, Suite 400, San Francisco, CA 94105. On May 13, 2008, I served the foregoing document(s) described as

1. Answer Of Defendant Mitsui O.S.K. Lines;
2. U.S. District Court Northern California ECF Information Handout;
3. Order Setting Initial Case Management Conference and ADR Deadlines;
4. U.S. District Court Drop Box Filing Procedures;
5. List of District Court Judges;
6. U.S. District Court Filing Guidelines;
7. Notice of Assignment of Case to a United States Magistrate Judge for Trial.

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as set forth below:

| *Attorneys for Plaintiff Georgina Henson* | Edward M. Bull, III, Esq.<br>Eugene A. Brodsky, Esq.<br>Banning Micklow & Bull LLP<br>Suite 1440<br>Steuart Tower, One Market Street<br>San Francisco, CA 94105-1528 |

[XX] **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

[ ] **(BY HAND DELIVERY)** I caused such envelope to be hand delivered to the offices of the addressee.

[ ] **(BY FACSIMILE)** I caused such document(s) to be transmitted from my employer's facsimile machine telephone number (415) 227-4255 to the offices of the addressee at the facsimile machine telephone number listed above. Upon completion of the said facsimile transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error and indicating the time of such transmission. A copy of the said transmission report is attached hereto.

[ ] **(BY OVERNIGHT DELIVERY)** I caused personal delivery by of the document(s) listed above, by placing the true copies in separate envelopes for each addressee, with the name and address of the person served shown on the envelope and by sealing the envelope and placing it for collection and delivery by with delivery fees paid or provided for in accordance with ordinary business practices.

[ ] **(STATE)** I declare under penalty under the laws of the State of California that the foregoing is true and correct.

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

CERTIFICATE OF SERVICE
Case No.: C 08-02375 JL
\\Fileserver\docs\73100.002\Pleadings\Answer - Certificate of Service.doc

[XX]  **(FEDERAL)**  I declare under penalty of perjury in accordance with 28 U.S.C. 1746 that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on May 13, 2008, at San Francisco, California.

| LYNN CURRY | *Lynn Curry* |
|---|---|
| (Type or Print Name) | (Signature) |

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -

CERTIFICATE OF SERVICE
Case No.: C 08-02375 JL
\\Fileserver\docs\73100.002\Pleadings\Answer - Certificate of Service.doc