**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Honorable James Larson                                                    Chambers
Chief Magistrate Judge                                                   415.522-2112

July 16, 2008

Edward M. Bull, III
Banning Micklow & Bull
One Market Steuart Tower,
Suite 1440
San Francisco, CA 94105

Andrew Ira Port
Emard Danoff Port Tamulski & Paetzold
49 Stevenson Street, Suite 400
San Francisco, CA 94105

      Re:    Georgina Henson v. Mitsui O.S.K. Lines, Ltd
             U.S. District Court Case No. C 08-2375 JL

Dear Counsel:

    At the time that you filed your first pleading in this case, you should have been notified that the matter had been assigned to the undersigned magistrate judge for all purposes including trial. You should have received a form stating that the magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    You should have been notified that you had the right to have the case reassigned to a United States District Court judge for trial and disposition if you wish, or to consent to the jurisdiction of this Court. You should have received a form in two parts, the top part consenting to assignment of your case to a United States Magistrate Judge; and the second part declining to consent to the assignment to a magistrate judge and requesting reassignment to a United States District Court Judge.

    We have not received a signed form from you. Two forms are enclosed, the consent form and the request for reassignment. If you wish to have the matter reassigned to a District Court Judge, then you should sign the appropriate request. You are free to withhold consent to this Court and request reassignment to a district judge without any adverse consequences.

Please sign and return *one* of the enclosed forms as soon as possible.  If we do not hear from you by **Wednesday, July 23, 2008** we will request reassignment of your case to a United States District Court Judge.

Thank you.

Very truly yours,

James Larson
Chief Magistrate Judge

**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10

11    GEORGINA HENSON                            No. C 08-2375 JL

12            Plaintiff,

13        v.                                     CONSENT TO PROCEED BEFORE
                                                 UNITED STATES MAGISTRATE JUDGE
14    MITSUI O.S.K. LINES, LTD

15            Defendants.
      _____/
16

17        In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party

18    hereby consents to have a United States Magistrate Judge conduct any and all further

19    proceedings in the case, including trial, and order the entry of a final judgment, and

20    voluntarily waives the right to proceed before a United States District Judge. I understand

21    that I am free to withhold consent to jurisdiction of this court and request reassignment to a

22    district judge without adverse substantive consequences.

23    Date: _____          _____

24                                        Signature

25

26                                        Counsel for _____

27                                        _____

28

      CONSENT                        1

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Georgina Henson

        Plaintiff,

   v.

Mitsui O.S.K. Lines, Ltd.

        Defendants.

_____/

No. C 08-2375 SI  JL

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date: _____          _____

                                          Signature

                                          Counsel for _____

                                          _____

REQUEST                    1