1  BANNING MICKLOW & BULL LLP
   Edward M. Bull III, SBN 141996
2  Eugene A. Brodsky, SBN 36691
   Steuart Tower, One Market, Suite 1440
3  San Francisco, California 94105
   Telephone: (415) 399-9191
4  Facsimile: (415) 399-9192

5  Attorneys for Plaintiff
   Georgina Henson

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12
   GEORGINA HENSON                    )   CASE NO: C08-02375 JL
13                                    )
               Plaintiff,             )   **NOTICE OF VOLUNTARY**
14                                    )   **DISMISSAL**
                                      )
15 vs.                                )
                                      )
16 MITSUI O.S.K. LINES, LTD., and     )
   DOES 1 through 20, inclusive,      )
17                                    )
               Defendants.            )
18 _____)
                                      )
19                                    )

20     Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and subject to any

21 applicable Federal Statute, Plaintiff voluntarily dismisses the action entitled

22 GEORGINA HENSON V. MITSUI O.S.K. LINES LTD without prejudice.

23     This voluntary dismissal has been stipulated and signed by both parties in

24 accordance with FEDERAL RULE OF CIVIL PROCEDURE, Rule 41(a)(1)(A)(ii).

25 ///

26 ///

27 ///

28 ///

1  ///
2
3  DATED: July 21, 2008          BANNING MICKLOW & BULL LLP
4
5                                By _____
6                                   Edward M. Bull III
                                    Eugene A. Brodsky
7
                                  Attorneys for Plaintiff
                                  Georgina Henson
8
9  DATED: July 21, 2008          EMARD DANOFF PORT TAMULSKI &
10                               PAETZOLD LLP
11
12                               By _____
13                                  Andrew I. Port
                                    Attorneys for Defendant Mitsui O.S.K.
14                                  Lines LTD

2

Notice of Voluntary Dismissal                                      C 08-2375 JL